RECEIVED

OCT - 2 2018

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Attachment 1 - Civil Complaint

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### _____ DIVISION

Carolyn Ann Ross
(Enter your full name)
        Plaintiff(s)

## SA18CA1035 XR
CASE NUMBER: _____
(Supplied by Clerk's Office)

Goodwill Ind of San Antonio TX
(Enter full name of each Defendant)
        Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Carolyn Ross
Signature
Name (Typed or Printed) Carolyn Ann Ross
Address 3119 Opal Field San Antonio TX
Telephone Number                                     78245
(210)412-8599

Re . Ed. October 26, 2017

27

① Carolyn Ross 3119 Opal Field San
Antonio Tx 78245

② GoodWill Ind of San Antonio Tx
406 West Commerce San Antonio Tx
78217

③ I Carolyn Ann Ross challenges the
court's authoritys to determine in my
favor and the ruling against me is
false.

④ I Carolyn Ann Ross belive that I
was terminated because of retali-
ation because I file a police report
and I went to Ft. Sam Houston U.S.
Army Medical Command and talked
to Robert C Marroquin Security
Manager HQ, MEDCOM. and He took
me to Carlton T. Bray Anti-terrorism
Officer. I told him about the police report
and the incident that happen on Naco-
gdoches at GoodWill.

⑤ I belive I was discrimined be
cause of my disability because Ruby
Hernandez would not give me a
medical accommodation. My Dr. Manelys
Acosta MD filled it out and Ruby
Still said it wasn't enough infor

mation. My Dr Said theirs nothing else she can do. (3x) I gave it to Corrie Ann without any changes to fad to Ruby.

⑥ I was also discriminated agaist because of my lighter color skin. On the 24 of Aug. 2016 I got yelled at by my team Leader Kersha Jenkins in front of every one And that's when I heard about the rumors and the name calling and how I dressed and my shape. It become a hostile work environment.

I am seeking damage relief for punitive and compensatory and a clean record.

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.40²
02 4W
0000345637 SEP. 04. 2018

Presort
First Class Mail
CommercePrice

**TEXAS WORKFORCE COMMISSION**
Civil Rights Division
101 East 15th Street, Guadalupe CRD
Austin, TX 78778-0001

OFFICIAL BUS  ESS

Carolyn A. Ross
3119 Opal Field
San Antonio, TX  78245

93  HAY4MAB  78245

# Texas Workforce Commission
## A Member of Texas Workforce Solutions

Ruth R. Hughs, Chair
Commissioner Representing
Employers

Julian Alvarez
Commissioner Representing
Labor

Vacant
Commissioner Representing
the Public

Larry E. Temple
Executive Director

September 4, 2018

## NOTICE OF COMPLAINANT'S RIGHT TO FILE CIVIL ACTION

Carolyn A. Ross
3119 Opal Field
San Antonio, TX 78245

Re:     *Carolyn A. Ross v. Goodwill*
        EEOC Complaint # 451-2017-02416

Dear Carolyn A. Ross:

The above-referenced case was processed by the United States Equal Employment Opportunity Commission or a local agency. Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, this notice is to advise you of your right to bring a private civil action in state court in the above-referenced case. YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.

If your case has been successfully resolved by the U. S. Equal Employment Opportunity Commission or another agency through a voluntary settlement or conciliation agreement, you may be prohibited by the terms of such an agreement from filing a private civil action in state court pursuant to the Texas Commission on Human Rights Act, as amended.

The United States Supreme Court has held in *Kremer v. Chemical Construction Corporation*, 456 U.S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code. Therefore, filing a lawsuit in state court based on the issuance of this notice of right to file a civil action may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e - et seq.

Sincerely,

Lowell A. Keig
Director, Civil Rights Division

### RETAIN ENVELOPE TO VERIFY DATE RECEIVED

Copy to:
Goodwill
c/o: Janice Bunch
Chief Administrator and HR Officer
406 W. Commerce
San Antonio, TX 78217

101 E. 15th Street, Guadalupe CRD • Austin, TX 78778-0001 • (512) 463-2642 (T) • (512) 482-8465 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.texasworkforce.org
Equal Opportunity Employer / Program

TEXAS
**WORKFORCE SOLUTIONS**
★ ★ ★ ★

**Attachment 2 - EEOC Complaint Form**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
_____ DIVISION

*Carolyn Ann Ross*
*3119 Opal Field*
*San Antonio Tx 78245*
(Name of plaintiff or plaintiffs)

Civil Action Number:

v.

*Goodwill Ind. of San Antonio Tx*
*406 West Commerce*
*San Antonio Tx 78217*
(Name of defendant or defendants)

(Supplied by Clerk's Office)

## COMPLAINT

1.    This action is brought by *Carolyn Ann Ross*, Plaintiff, pursuant to the following selected jurisdiction:

### (Please select the applicable jurisdiction)

[ ✔ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[  ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ✔ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[  ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[  ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.    Defendant *Goodwill Ind of San Antonio* (Defendant's name) lives at, or its business is located at *406 West Commerce* (street address), *San Antonio* (city), *Texas* (state), *78 217* (zip).

Rev. Ed. October 26, 2017

28

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 451-2017-02416 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Carolyn A. Ross | (210) 645-0082 | ~~~~~ |

| Street Address | City, State and ZIP Code |
|---|---|
| 3119 Opal Field, San Antonio, TX 78245 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| GOODWILL IND. OF SAN ANTONIO- CS | 101 - 200 | (210) 201-8065 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 3370 Nacogdoches Rd, Ste 116,  San Antonio, TX 78217 | | 2017 JUL 20 A 10: 41 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **06-09-2017**    Latest: **07-14-2017**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed with Goodwill Industries from August 22, 2016 to July 14, 2017.  I was discharged on July 14, 2017 and I believe it was based on my color (Light Skinned Black).

Soon after I began my employment with the Respondent, I began to be singled out and verbally harassed by other coworkers (Dark Skinned Black) based on my color (Light Skinned Black).  I was often called yellow and told that I thought I was better than everyone.  On or about June 09, 2017, one of my ex-coworkers (Dark Skinned Black) confronted me on the job site, in which I admit to standing up for myself.  I, along with other coworkers involved, was written up and given a final written warning for the confrontation.  After the incident, I continued to be harassed, in which my direct supervisor, Keisha Jenkins (Dark Skinned Black), knew about the harassment and did not intervene.

On or about July 10, 2017, I approached the Manager, Ray LNU (White Hispanic), and informed him of the harassment, in which he responded that he didn't have enough information to do anything about

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| Jul 17, 2017  *Date*  *Carolyn Ross*  *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 451-2017-02416 |

Texas Workforce Commission Civil Rights Division                    and EEOC

*State or local Agency, if any*

it. On or about July 14, 2017, I was informed by Jenny LNU (White Anglo), Ray's supervisor, and Keisha Jenkins that I was being terminated for "looking someone down" on July 10, 2017. Tashi LNU (Dark Skinned Black), one of the coworkers that harassed me, was in a hostile verbal confrontation with another Hispanic coworker on June 20, 2017, and she was not discharged. Tashi had also been given a final written warning from the incident on June 09, 2017. I believe I was subjected to disparate treatment based on my color (Light Skinned Black), and retaliated against for informing Ray about the discrimination.

I believe I was discriminated against based on my color (Light Skinned Black), and retaliated against for making a protected complaint, in violation of Title VII of Civil Rights Act of 1964, as amended.

2017 JUL 20   A 10: 47

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jul 17, 2017          *Charging Party Signature*<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

3a.    Plaintiff sought employment from the defendant or was employed by the defendant at *3370 Nacogdoches Rd # 1116* (street address), (city), *San Antonio* (state), *Tx 78217* (zip).

3b.    At all relevant times of claim of discrimination, Defendant employed _____ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.    Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about *August* (month) *24* (day) *16* (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: *July 14, 2017*

5.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about *July* (month) *20* (day) *2017* (year).   (Not applicable to federal civil service employees).

6a.    The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) *July 9* (day) *2018* (year).   (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**    **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.    Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ✓ ] Yes
[   ] No

**VERY IMPORTANT NOTE:**    **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.    Because of plaintiff's:

**(Please select the applicable allegation(s))**

[   ] Race (If applicable, state race) _____

[ ✓ ] Color (If applicable, state color) *light skinned*

Rev. Ed. October 26, 2017                                                                29

Roy Roscoe
210-281-7688

US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN ANTONIO FIELD OFFICE
5410 FREDERICKSBURG ROAD SUITE 200
SAN ANTONIO, TX 78229-3555

AN EQUAL OPPORTUNITY EMPLOYER

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.47⁰
02 1P
0000805338   JUL 11 2018
MAILED FROM ZIP CODE 78229

Carolyn A. Ross
3119 Opal Field
San Antonio, TX 78245

78245-265519

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Status Line: (866) 408-8075
San Antonio Direct Dial: (210) 281-2550
TTY (210) 281-7610
FAX (210) 281-2522
Website: www.eeoc.gov

Carolyn A. Ross
3119 Opal Field
San Antonio, TX 78245

Re:     EEOC Charge:     451-2017-02416
        Charging Party:   Carolyn A. Ross
        Respondent:       GOODWILL IND. OF SAN ANTONIO- CS

Dear Carolyn A. Ross:

Thank you for the additional information you submitted in response to our preliminary assessment of the evidence. We want to assure you that all the evidence submitted by you and the employer has been considered in our review of your case.

After review of the additional information you provided, it is our assessment that further investigation is unlikely to result in a violation of the statutes we enforce. As explained in our 12/20/2017 conversation at our EEOC Office in San Antonio, the evidence does not support a violation against the Respondent. While we realize that you have firm views that the evidence supports your position you were discriminated against, the final determination must comport with our interpretation of the available evidence and the laws we enforce.

Therefore, please find enclosed the Dismissal and Notice of Rights that represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and will describe your right to pursue the matter by filing a lawsuit in federal court within ninety (90) days of receipt of the dismissal notice. If you fail to file a lawsuit within the statutory ninety (90) day period following receipt of our dismissal notice, your right to sue in federal court will expire and cannot be restored by EEOC. You may wish to consider consulting private counsel who specializes in employment law about your employment experiences to determine whether you wish to initiate litigation and the likelihood of prevailing in any lawsuit you may file. Your local bar association may be able to provide referrals to local attorneys.

We hope this information is helpful to you.

7/9/2018
Date

Sincerely,

Jose Colon-Franqui
Enforcement Supervisor
(210) 281-7608
jose.colon-franqui@eeoc.gov

Encl.: Dismissal and Notice of Rights (EEOC Form 161)

SAFO DCL 2018

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:   Carolyn A. Ross<br>3119 Opal Field<br>San Antonio, TX 78245 | From:   San Antonio Field Office<br>5410 Fredericksburg Rd<br>Suite 200<br>San Antonio, TX 78229 |

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2017-02416 | **Roy Roscoe,**<br>**EEOC, Federal Senior Investigator** | **(210) 281-7688** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Travis G. Hicks,
Director

**7/9/2018**
*(Date Mailed)*

Enclosures(s)

cc:   Janice Bunch<br>Chief Administrator and HR Officer<br>406 W. Commerce<br>San Antonio, TX 78217

Robert Kilgore<br>745 East Mulberry Avenue<br>Ste. 500<br>San Antonio, TX 78212

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

[   ]   Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[   ]   Religion (If applicable, state religion) _____

[   ]   National Origin (If applicable, state national origin) _____

[   ]   Age (If applicable, state date of birth) _____

[   ]   Disability (If applicable, state disability) _____ *on*

[ X ]   Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) *Went to police and Security*

      The defendant:   **(please select all that apply)**

[   ]   failed to employ plaintiff.

[ X ]   terminated plaintiff's employment.

[   ]   failed to promote plaintiff.

[ X ]   harassed plaintiff.

[ X ]   other (specify) *Allowed someone to record me, on 4 of July*
*with out my permission.*

8a.   State **specifically** the circumstances under which defendant, its agent, or employees
discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**      **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS,
AND ANY SPECIFIC COMMENTS MADE BY
DEFENDANT PERTAINING TO THE
DISCRIMINATION CLAIM ALLEGED ABOVE.**

8b.   List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
and the substance of their testimony:

*Bonnie Arroyo and Anthony Areos*

8c.   List any **documentation** that would support plaintiff's allegations and explain what
the documents will prove:

This is the request for Reasonable Accommodation and Rudy Hernandez refuse to accept it she said it doesn't have enough information, 1-4

Carolyn Ross

Need to know how ~~the~~ heavy the Objects

What tools?

How long is the accommodation for?

How often would she have follow up appts or flare ups - How long to recover

from

HR.
R. Hernandez

① of l



# REQUEST FOR REASONABLE ACCOMMODATION

**Notice of Right to Reasonable Accommodation**

If you have a physical or mental health condition and you need modification or adjustment to a job or the work environment that will enable you to perform essential job functions, you may ask for this change, which is called a Reasonable Accommodation. Employers are not required to lower quality or quantity standards as an accommodation, nor are they required to provide personal use items such as glasses or hearing aids.

**Your Request**

Please complete this form to assist in assessing your request for a reasonable accommodation. This initial information will be part of an interactive process with you as we explore your request. This form will be kept separate from your personnel fiie. You must submit medical documentation supporting your request with this form or within 10 working days. Please ask you medical provider to complete and sign the Request for Medical Information Form (page 3) or provide appropriate signed medical documentation on the medical provider's letterhead and return the form/documentation to you. You are responsible for returning all completed forms and documentation to HR in support of this request. Contents of this request will not be shared with anyone except as needed to consider and to implement, as appropriate, an accommodation for the disability.

**Our Response**
We will let you know if additional information is needed or if we need to speak with you about other options to meet your needs. We will provide a written response to you within 14 days.

| Name: *Carolyn Ross* | Date of Request: *6-5-17* |
|---|---|
| *Please check which applies:* | |
| ☑ Team Member        ☐ Participant | ☐ Volunteer |
| ID #: | Phone number: *210-645-0082* |
| Unit: | Position: *Data Entry* |

1. Describe your medical or mental health condition. *Shoulder, arm and neck pain and back, Depression + Anxiety*

2. What job function are you having difficulty performing or accessing due to your condition? *sitting for a long period of time with out support.*

3. Describe the reasonable accommodation you are requesting that you believe will assist you in performing the essential functions of your job? *Need Support for my back and leg and neck; I need help with my depression + anxiety, cant affect to get a specimt.*

4. Explain how that accommodation will assist you in performing the essential functions of your job. *Less stress on my neck + body, Release my mind from overthinking*

**REQUEST FOR MEDICAL INFORMATION FORM**

**Instructions for Medical Provider**

Your patient has requested a Reasonable Accommodation in accordance with the Americans with Disabilities Act. Please review the job description attached. Please provide a detailed description of the specific physical and/or mental health condition(s) that affect the patient's ability to perform certain tasks considered as essential job functions, any reasonable accommodation/modification needed and the relationship between the accommodation/modification and the patient's medical or health condition(s). Please attach any additional information that you feel is relevant in  providing a Reasonable Accommodation.

**Please return this completed form to the patient.**

Name of Patient (please print): ___Carolyn Moss___

Name of Medical Provider: _____

Address of Medical Provider: _____

Telephone Number of Medical Provider: _____

1. Please state patient's medical and/or mental health condition(s):
   A) Cervical Scoliosis
   B) Multiple subligamentous disc herniations from C3-C4 with moderate narrowing of the neuroforamen in different places accompanied by radiculopathy (mid cervical region)
   C) Rotator Cuff injury
   D) Major Depression and Anxiety Disorder

2. Please provide a detailed description of the specific physical and/or mental health restrictions/limitations affecting the patient's ability to perform essential functions of his/her job? Please describe how the impairment affects the patient's ability to perform essential functions of his/her job. Repetitive movement using upper body (shoulder, arms, neck) would reproduce patients symptoms and could worsen existing conditions. Also lifting heavy objects. Patient's Major Depression and Anxiety could interfere with the patient's functions at work and performance. Patient should not lift objects of more than 25 pounds repetitively.

3. Indicate whether the patient's condition(s) is permanent, chronic, or temporary. If the patient's condition(s) is temporary, please state its anticipated duration.
   - Upper back and neck conditions are permanent
   - Major depression and Anxiety duration would depend on patient's treatment response and exposition to triggers.

4. Please describe the reasonable accommodation/modification needed by the patient, if any, while performing the essential functions of his/her job. Also, indicate the relationship between the condition and how the accommodation/modification will assist the patient in performing the essential functions of his/her job. (ex. A change in process/practice or a physical change in the environment.)
   A) Patient work tools (desk, chairs, etc.) should be customize and fit for the patient's needs and should be able to prevent further damage.
   B) Avoid lifting heavy objects or perform chores that would required repetitive movements of the upper body. This would prevent complications on the existing spine, neck and shoulders.
   C) Patient currently has been follow up closely related to her Depression and Anxiety. Work has been identify as one of the triggers for her symptoms. Please allow/provide excuse to patient when found very unstable from work.

5. Please provide any additional relevant information below.
   Patient currently under the care of pain management factor for her permanent conditions. Also was refere by me to a Psychiatrist for further treatment recommendation.

Medical Provider's Signature: _____        Date: __June 1 /2017__

Medical Provider's License Number: _____

I have attached and submitted the required medical documentation or a completed Request for Medical Information Form?
☒ Yes          ☐ No

**Acknowledgement of Request for Accommodation**

I am requesting an accommodation under the Americans with Disabilities Act, I agree to fully cooperate with HR in responding to my request. I understand that, in most cases, I may need to provide medical documentation regarding my disability to assist in determining a reasonable accommodation. I agree that I will provide the requested medical documentation in a timely manner. I also understand that, in some cases, discussion(s) of my disability with my physician may be necessary to address my request for an accommodation, therefore I may need to provide a signed authorization for release of health information pursuant to HIPPA to my physician. In addition, if deemed necessary, HR can request an independent medical evaluation of my disability or unit to arrange for a reasonable disability accommodation.

**Signature of Requestor:** _Carolyn Ross_          **Date:** 6-5-17

## GINA DISCLAIMER

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual; or family member receiving assistive reproductive services.

**RETURN THIS FORM TO HUMAN RESOURCES**

**FOR HR USE**

| | |
|---|---|
| Log No: | Follow-up: |
| Date received: | 30 days: |
| Date medical documentation received: | 3 months: |
| Summary of accommodation provided: | 6 months: |

FM-400-02
04/21/16

4 of 1

I have a police report because
Ray said there's noting they can do
about Barbar Bennett coming
back for me. because of the incident
that happened at work on the 9th of
June. 2017. I also went to security
and he asked if I had another job
I said no. He said Start looking for
one. on the 14 I was fired.

Carolyn Ross

POLICE REPORT



# San Antonio
# Police Department

| Offense Case # | Incident Type POLICE REPORT | CFS Number SAPD-2017-0663392 |
|---|---|---|
| Primary Offense INFORMATION REPORT | | Page 1 of 2 |
| Date / Time Occurred 6/9/2017 18:40 to 6/9/2017 18:40 | | Date / Time Reported 6/23/2017 01:17 |

| Situation Found Information | Type Of Search None | Location Given By Dispatcher 13030 JONES MALTSBERGER RD | Related Case # |
|---|---|---|---|
| Hate Crime | Arson | Damage Value | Clearance |

## Elements of the Incident

☐ Confidential  ☐ Domestic Violence  ☐ Drive by Shooting  ☐ Gang Related  ☐ High Profile  ☐ Juvenile Related  ☐ Video Surveillance Available  ☐ Video Surveillance Received

| Street Address 3370 NACOGDOCHES RD | | | | Unit Type |
|---|---|---|---|---|
| Unit No. | City SAN ANTONIO | State Texas | Zip 78217 | County Bexar County |
| Floor No. | District 3360 | | | Building No. |

| ☐ Notified Detective | Detective Name | Detective Unit Type | Detective Badge # |
|---|---|---|---|
| ☐ Notified Supervisor | Supervisor Name | Supervisor Unit Type | Supervisor Badge # |
| ☐ Notified Medical Examiner | Medical Examiner Name | Medical Examiner Unit Type | Medical Examiner Badge # |
| ☐ Notified Crisis Response Team | Crisis Response Name | | |
| ☐ Priority Notification | Priority Name | | |
| ☐ Notified Victim | Explanation | | |
| ☐ CSI Requested | CSI Name | CSI Unit Type | CSI Badge # |
| ☐ BOLO | Reporting Officer MARTINEZ, RAYMUNDO | | Employee Number 00125450 |
| Badge # 1600 | Assignment Patrol Division | | |

| ☑ Primary Offense | Report Offense INFORMATION REPORT | | |
|---|---|---|---|
| UCR Category 000025 | | Attempted Completed Completed | |
| Premise Other/Unknown | Circumstances | | Weapon UNKNOWN |
| Weapon Brand | Weapon Model | | Weapon Color |
| Criminal Activity 1 NONE | Criminal Activity 2 NONE | | Criminal Activity 3 NONE |

| OTHER PERSON | Person Type REPORTING PERSON | | | | |
|---|---|---|---|---|---|
| Last Name ROSS | First Name CAROLYN | Middle Name ANN | Nickname | Suffix | |
| Race BLACK | Sex Female | SSN | Date of Birth █████7 | Age 49 | Age Range to |
| Weight | Height | Driver's License # | DL State | Place of Birth | |
| Preferred | Home Phone | Cell Phone ████ | Email Address | | |

Other Person Home Address

| Street Address | | | | | Unit Type |
|---|---|---|---|---|---|
| Unit No. | City UBC | State Texas | Zip 78245 | Building No | Floor No. |
| ☐ Student | Employer US GOVERMENT | Occupation | | | |

Other Person Employer Address

| Street Address | | | | | Unit Type |
|---|---|---|---|---|---|
| Unit No. | City SAN ANTONIO | State Texas | Zip 78217 | Building No | Floor No. |

Details

POLICE REPORT

# San Antonio
# Police Department

| Offense Case # | Incident Type POLICE REPORT | CFS Number SAPD-2017-0663392 |
|---|---|---|
| Primary Offense INFORMATION REPORT | | Page  2   of  2 |
| Date / Time Occurred 6/9/2017 18:40   to   6/9/2017 18:40 | | Date / Time Reported 6/23/2017 01:17 |

| Work Phone | | Hours of Employment to | | Hair Color | | Hair Length | | ☐ Glasses |
|---|---|---|---|---|---|---|---|---|
| Eye Color | Build | | Facial Hair | | Voice | | Complexion | |
| Ethnicity Non-Hispanic | Demeanor | | | | | | | |

| OTHER PERSON | Person Type OTHER | | | | | | |
|---|---|---|---|---|---|---|---|
| Last Name BENNETT | | First Name BARBRA | Middle Name | | Nickname | Suffix | |
| Race BLACK | Sex Female | SSN | Date of Birth | Age 38 | Age Range to | | |
| Weight | Height | Driver's License # | | DL State | | Place of Birth | |
| Preferred | | Home Phone | | Cell Phone | | Email Address | |

| Other Person Home Address | | | | | |
|---|---|---|---|---|---|
| Street Address | | | | Unit Type | |
| Unit No. | City SAN ANTONIO | State Texas | Zip | Building No | Floor No. |
| ☐ Student | Employer US GOVERMENT | | Occupation | | |

| Other Person Employer Address | | | | | |
|---|---|---|---|---|---|
| Street Address | | | | Unit Type | |
| Unit No. | City SAN ANTONIO | State Texas | Zip 78217 | Building No | Floor No. |

| Details | | | | | | | |
|---|---|---|---|---|---|---|---|
| Work Phone | | Hours of Employment to | | Hair Color | | Hair Length | ☐ Glasses |
| Eye Color | Build | | Facial Hair | | Voice | | Complexion |
| Ethnicity Non-Hispanic | Demeanor | | | | | | |

**Narrative Legend**
O1 = BENNETT, BARBRA
RP1 = ROSS, CAROLYN ANN

**Narrative Information**

I was dispatched to the North substation for a possible assault report.  Upon arrival, I contacted RP1 who wanted to report an incident that took place at her place of employment.  RP1 has been working at the listed location for nine months.  During that time she has become involved in disturbance at work with O1 and her friends.  RP1 stated the listed date and time was O1's last day of work.  RP1 and a friend were on a break.  RP1 left five minutes before the break ended to get a coffee.  RP1 stated O1 approached her saying she wanted to make things right.  RP1 said her friend left thinking the conversation was peaceful.  When RP1's friend left O1 told RP1 she was going to " pray for you bitch" as she was slamming her fist into her hand and cursing at RP1.  RP1 stated she exchanged curse words  and gave her the finger walking back inside.  RP1 told her supervisor about the incident.  RP1 said they have been having issues with each other since August of last year.  RP1 stated she is worried that her employer is not adequately handling the situation.  RP1 has tired making the report since the incident took place but she has been given the runaround.  I educated RP1 between the difference of a civil disturbance and a criminal issue.  RP1 stated she was going to try to file a restraining order on O1.  I advised RP1 to take any and all documentation she has on O1.  I provided RP1 with the case number. Coban and BWC is available.

# Corrective Action Notice

## Section I: Team Member Information

| Team Member Name: | Carolyn Ross | Team Member ID: | 105440 |
|---|---|---|---|
| Unit/Team: | Medical Records | Location: | Naco |
| Manager: | Ray Herrera | Date of Notice: | 6/19/17 |

## Section II: Incident and Warning

| Reason for Correction Action | ☐ Attendance<br>☒ Conduct/Behavior<br>☐ Work Performance |
|---|---|

**Describe the attendance, performance or behavior that must be corrected. Include details of pertinent incidents as well as policy(ies) violated, with dates, times, employees involved, quotes, etc. and supporting documentation.**

On June 9th, 2017, Carolyn Ross was involved in a verbal altercation with another TM. During the incident Carolyn made a statement "Don't come at me with that bullshit..." and "fuck you bitch.." along with "giving the finger" to the other TM, to which she admitted in her statement (see attached statement). During the interaction, Carolyn stopped twice to turn around and continue the verbal exchange rather than ignoring the alleged taunts and walking away or informing a manager.

This behavior is unacceptable in the workplace and will not be tolerated. Carolyn's actions violated the Business Ethics and Conduct Policy, Employee Conduct and Work Rules Policy, and the Workplace Violence Prevention Policy.

Moving forward Carolyn is expected to adhere to all GW policies, procedures, and performance expectations. She must ensure that her conduct and communication are professional at all times while at work and while representing GW. Disrespectful and Inappropriate conduct, to include profanity or gestures that are inappropriate in a professional workplace are unacceptable and must not continue. Should Carolyn have questions or is unsure about a situation, she should consult her manager or HR for guidance.

This is a final written warning.



WILL BE SUBMITTING REBUTTAL TEAM MEMBER
REQUESTED COPY OF CORRECTIVE ACTION

**Section III: Previous Corrective Action** List all previous Corrective Actions, verbal and written

| Date | Verbal/Written | Reason | Issued By (Manager's Name) |
|------|----------------|--------|----------------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Section IV: Required Improvement, Consequences and Communication**

**Improvement Required:** (Describe expectations Team Member must accomplish to improve and sustain the required performance, attendance or behavior. All information should be specific and job related, including training being provided.

| Actions / Date Required | Responsible |
|-------------------------|-------------|
|  |  |
|  |  |
|  |  |

**Consequences:**

Failure to demonstrate immediate and sustained improvement as described in Section IV will result in additional corrective action, up to and including possible termination of Team Member's employment. Clear and regular communication between Team Member and supervisor is the most effective way to ensure all concerns are addressed and requirements are being met to level required.

**Team Member Comments:**



**Section V: Acknowledgement**

My signature indicates acknowledgement that I have read this notice, discussed with my supervisor and understand required improvements.

| Team Member Signature | REFUSED TO SIGN | Date | |
|---|---|---|---|
| Supervisor Signature | | Date | 6-19-17 |
| Next Level Mgr. Signature | | Date | 6-19-17 |
| | | | |
| | | | |

*Team Member and Supervisor each keep copy of signed notice. Original signed notice must be provided immediately to Human Resources.*

FM-400-86
Revision: 03/21/16

Page 3 of 3

Rebuttal up
from write up

/ what did Barbra
Sue

She no longer work: here

I am disappointed in the action taken against me.
I have complainted many of times / repeatedly on
my job. I cried for help and was never heard. This
been going on for months (Aug 2016). My attempts to
avoid the situation was "one way" I follow yours
rules for months and nothing changed it got worst
As I stated to Keisha and more and more people
is getting involved in it. All I want to do is my
job the best way I can with peace. Without being
threaten or harassed or bullied. and with some
type of protection with out retaliation. I am
very disappointed that I got a written notice.
I know I can't trust any one here because of this
I feel like I can't talk to management at all because
of this. My anxiety step in but whats I didn't
want to write the statement yesterday. Trying
to be stronger. I can't sleep because I worried
about whats or who is next. that going to attack
me. I know I can't controll it. This is a lie on
the write up and I can't accept it. I don't
understand why?. It looks like favoritism to me.
and the rules doesn't apply to all. I spoke to Ray
before this happen and like I said I felt like
I am being set up. and something is going to happen
and I don't know what... I don't know why I am
being target... This Person Barara Bennett
was not a TM. at the time.

I still believe that Gloria Elem and Tashi Senegal was all waiting for me. and my action I was approach by Barbara Bennett while I was walking. This was a attemp to assault me. Barbara is not a T.M. I did not give another team member the finger I gave it to Barbara you do have the video right. everything was to Barbara no one else. Thats why I refused to sign a lie (false statement). So I did not have a incident on this day with a T.M. I had a incident with a person (Barbara B) that has been harassing people (put her hand on another employee) and at work. This is unfair because she doesn't work here. So I was not protected. I was harased at work and no one call the policeman or 911. Is their a proto call for this. I am the one thats getting written up. Whats going to happen to Barbara Nothing ???. It was the company responsibility to escort Barbara out of the facelity and property which means that she would not have the opportunity to confront. me.

Carolyn Ross

6/28/17

I been coming to work pretending like things didn't bother me, but it does and I very stressful their. I feel like my disability I am being discriminated against by the conduct of Tushie and CarrieAnn and its very offensive to me. I really don't think I can trust Leo any more. but I did talk to Scottie and I am going to have to trust someone because Marie is no longer with us. So I am putting this in writting and hoping thing will change per Scottie + Leo. and give names, so It can stop. I didn't want to put it in writting because I dont want a hostile place to work because it's already uncomfortable and I feel like I am being harrased. The last two time I will write about. Tasha was outside talking to Leo but I didn't know that at that time. I told Leo that I need to talk to him. So I was upset he said O.K. As I walk back to my dest Tasha was to CarrieAnn dest and said where is Leo she said he is MIA again. They walked to Tasha dest and I looked at them before I sit down and they walked away together when Leo come in I said Tasha + CarrieAnn is looking for you. and CarrieAnn said I I wanted to know where you was at. He said I told you I was going then they looked at me and I walked away. I told Keisha—

Another annoying action I felt like they are trying to intimidate me by not talking to Leo is when I could not talk to Keisha. So I told Leo. we both agreed not to tell Keisha about the babies, I might need to go home. Two days has pass and I could hold it in. We talked in the front. we was only out their a few minute and CarrieAnn

I was told that Gary was complaining about my dress and going to different people. I was talking to different people and they never said his name by the end of the day the girl from Air force side said there's nothing wrong with your dress I looked like what are you talking about. So I told Keisha. Keisha said don't worry about it. But it has been going on all day at the second break I was talking to Alma and someone else so Alma said don't let Gary bother or mess with you they are just jealous of you. I pretended that I know it was him and I said LOL. he just want to wear my dress. So I went to see and he said don't worry about it you are good. This was Wed or Thursday 4-2017

I told Ray about Keish yelling and being rude witth me he said he will tell to her. I went to Keisha dest and when I stared talky Tasha come and crosed her arms and lean on Keish Computer. So I stop tally then Keisher said ok keep talling and when I finshed I stared walley away Keisher + Tasha stat larpeeg and then Tasha walked away. I went back to Keish desk before she went to lunch and again Tasha did the same thing and I told Ray this is rude and harasmt ad he said he will tall to Keish and tis need to stop. So I ask him can I go to Corridleen and he said yes she is a supperven also ok. and I will tall to Keish tomorow bet I had to let you know what happen she said that I did great and thanks you the info

- I ask Ray can I talk to keish about what happen yesterday he said yes do you need me to be there I said no. So I ask Keish can I talk to her. We waked into the office o I told her how rude she was witt me yelling for no recoin and the thing when I come to her dest and what Tasha + her are doing evytime I come to her desk. She said she couldnt see a problem with what Tasha did I said Waw really.

Why is it that I have to avoid them but they don't have to avoid me? She said can't answer that and I don't know what HR told you, I said how do you know I went to HR. she didn't answer. So I said this is what I mean no confidentiality here at Goodwill or anyone here. And for your info I went to HR at least three times and now I see why nothing happens you all are in this together and that's why the harasant wont stop until something happen bad or I leave. then she said so what are you going to do. I open the door and walked out. Kesh call me back in then I said that's why I started going to Corrielenn and she said I was wonder why you did ask me anything I said I was uncomfortable talk to you. and I won't come to you again. Then we left I was upset and crying.

(WW) Corriejenn told me to go ask Keisha for the answer, I went to Corriejen again she tell me to go to Keisha. I told her what's going on and Corriejenn is telling me to go to Keisha. Ray pulled both of then in the office Counselor apology but she was told to tell me to go to keisha because she is my supe direct supervisor. (WW)

July 10th

I told Ray about Gloria slandering my name to the new girl Ashley in the break room and other people heard it. He said he can talk to her but he can't mention or go into detail she will have to bring it up I said I am the one who is complaining do I need to put it in writing he said no he will talk to her and he can't tell me what she said.

A coworker approach me and told me that they told Ray about what happen in the break room and that they said Gloria said to Ashley. I said you shouldn't have done that they are going to start harassing and being disrespectful toward you he confirm. The co-worker said I can handle that I figure that person in taken gets in trouble and is going to make it hard to work. This is making me sick to my stomach. Bonnie saw me crying and we went to the bathroom I couldn't breath I threw up and then she said you need to put on your armor don't let them stress you out. When I went back to my desk Ray ask was I Ok I said yes and turn my head.

0:20    6/21/17

Went to talk to Nina about stress (day off.) Keisha approced me and said to get back to work I was their less than a minute.... I went to her desk she + Tasha was talking I waited. (wait) Then I ask her can I speak to her "Keisha" My concern is that I havent stop and talked to anyone all day and I talk to one person and she came to me So I said to her people been watch + talking all day. Why me. she stated she didn't tell anyone else talking So Now I am the only one been "watch" by Keisha??? She said we are not picking on you even if it seems that way. I said why am I the only one being watch. Meantime I go to bathroom and try to speak with someone. I stated who was reporting me and she said Well what do you want me to do I said stop them from harrassing me and saying things that not true and you knew they told me they tell all. And I know you are in on it also. She said are you done talking I got to go back to work. I walked out.



**Subject:** when will this stop.this time please pull the video I need this tio stop
    **Date:** Sun, Apr 23, 2017 10:57 pm

---

SCOTTIE After talking to you I felt great !!! Then things changed later on that night I did try to speak with Leo like I said I would do .... once again around 820 Leo and I was in the office talking not even 5 min's Tasha comes and knock on the door and said no supervisor was on the floor in which was a lie again because Corrine was sitting at her desk when we went to the office( which is in front of Leo )....he walked out and never said anything to me ....I was like wow .This is one of the reason why I feel like I cant trust him anymore as soon as someone show or see him talking to me it a problem...I went to my desk then I ask Lisa is Corrine at her desk she said yes So I got up and spoke up this time. I didn't feel good about it but I did.It felt good letting my feeling out instead of holding it in for months. Leo act as if he didn't hear or see anything that was going on and then Corrine ask me what's wrong and did I want to talk I said yes so we talked. I her what just happen and she told me to write everything down .

This was very disrespectful .I keep saying I feel like I am being target every time I try to talk to him and its like being on eggshell. I said I will not respond to her are say anything unless it is offensive to me and this is.

When will this stop? I cant do anything to make this stop.Please pull the video if you have to. I don't know if they are trying to intimidate me or bullied me or keep harassing me oh embarrass me or just targeting me this another reason why I cant talk to him and I am on eggshell around him.He turns blind eye and deaf ear

How did she know I was in the office with Leo ? How did she not see Corrine at her desk which is in front of Leo ??? Pull the video I would like to know who else is watching me and why???

Maybe 15 min later Tasha said out loud boss man do you want me to get you something to eat since you was in the office with someone and then she lol ...he says yes .. *and she served him at his desk. Corrie Ann and I spoke of the color issue and she said the same thing happens in her family and she don't understand it. also she did say I did look good for my age & the clothes I wore is nice and she didn't see a problem with it.*

https://mail.aol.com/webmail-std/en-us/PrintMessage            1/1

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

      [   ]  still being committed by defendant.
      [✓]  no longer being committed by defendant.

10.   Plaintiff should attach to this complaint a copy of the charge filed with the Equal
      Employment Opportunity Commission.   This charge is submitted as a brief
      statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[  ] Defendant be directed to employ plaintiff.

[  ] Defendant be directed to re-employ plaintiff.

[  ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to *pay, punrtive and compensatory + cheat record*
and that the Court grant such other relief as may be appropriate, including injunctive
orders, damages, costs and attorney's fees.

        I declare (or certify, verify, or state) under penalty of
        perjury that the foregoing is true and correct.

        *9-26-2018*
        Date
        *Carolyn Ann Ross)*
        Signature of Plaintiff

        *3119 Opal Field*
        Address of Plaintiff

        *San Antonio   Texas   78245*
        City       State       Zip Code

        Telephone Number(s)  *210-412-8599 (c)*
                                 *210 645-0082 (h)*